**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Reem J. Bello, State Bar No. 198840
rbello@wgllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Trustee
Weneta M.A. Kosmala

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:16-bk-14227-ES |
| DENNY ROY STEELMAN, | Chapter 7 |
| Debtor. | |
| WENETA M.A. KOSMALA, Chapter 7 Trustee of the Estate of Denny Roy Steelman, | Adv. No. 8:18-ap-01042-ES |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| KEVIN LIEBECK, as executor of the Estate of DENNY ROY STEELMAN, KEVIN LIEBECK, as successor Trustee of the SURVIBORS TRUST, as under the 2010 STEELMAN INTERE VIVOS TRUST, MARK ZIEBOLD, as Trustee of the PRIVATE RETIREMENT TRUST, SHAUNAH LYNN STEELMAN, an individual, JODI DENISE STEELMAN, an individual, NATIONWIDE LIFE INSURANCE COMPANY and NATIONWIDE LIFE AND ANNUITY COMPANY, | |
| Defendants. | |

1160788v1    STIPULATION

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY COURT JUDGE:**

Weneta M.A. Kosmala, the duly appointed chapter 7 trustee (the "Trustee") for the bankruptcy estate of Denny Roy Steelman, and Defendants, Nationwide Life Insurance Company and Nationwide Life and Annuity Company, ("Nationwide") by and through their undersigned counsel, enter into this *Stipulation to Extend Time to Respond to Complaint* (the "Stipulation"). In support of the Stipulation, the Parties refer to the following recitals:

## RECITALS

1. On February 21, 2018, the Plaintiff filed a Complaint citing various causes of action (the "Complaint").

2. The Summons on the Complaint was issued on February 22, 2018, and as such, the initial deadline for Nationwide to file a written response to the Complaint is March 26, 2018.

3. Nationwide has sought a short extension of time to respond to the Complaint to the Complaint and the Trustee has agreed, subject to this Court's approval.

4. The Plaintiff has agreed to an extension to April 23, 2018, for Nationwide to file a written response to the Complaint.

## STIPULATION

Subject to a confirming order of the Court, the Parties stipulate as follows:

A. Nationwide's time to answer or otherwise respond against the Complaint shall be extended from March 26, 2018 through April 23, 2018.

[Signatures on Following Page]

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

**IT IS SO STIPULATED.**

Dated: March 26, 2018  WEILAND GOLDEN GOODRICH LLP

By: /s/ Faye C. Rasch
    Faye C. Rasch
    Attorneys for Plaintiff
    Weneta M.A. Kosmala

Dated: March 26, 2018  ICE MILLER LLP

By: [signature]
    Daniel Anderson
    Attorneys for Defendants, Nationwide
    Life Insurance Company and
    Nationwide Life and Annuity
    Company

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 950**
**Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Extend Time to Respond to Complaint will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Reem J Bello    rbello@lwgfllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cyoshonis@wgllp.com
Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
J Scott Williams    jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 27, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 27, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served by Overnight Delivery**
Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/27/2018 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **F 9013-3.1.PROOF.SERVICE**