WEILAND GOLDEN GOODRICH LLP
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgfllp.com
Michael R. Adele, 138339
techlitcenter@yahoo.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DENNY ROY STEELMAN,<br><br>Debtor.<br><br>―――――――――――――<br><br>WENETA M.A. KOSMALA, solely in her capacity as Chapter 7 Trustee of the Estate of Denny Roy Steelman,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LIEBECK, as executor of the Estate of Denny Roy Steelman, KEVIN LIEBECK as successor Trustee of the Survivors Trust, as under the 2010 Steelman Inter-Vivos Trust, MARK ZIEBOLD as trustee of the PRIVATE RETIREMENT TRUST, SHAUNAH LYNN STEELMAN; an individual, and JODI DENISE STEELMAN, an individual, NATIONWIDE LIFE INSURANCE COMPANY, NATIONWIDE LIFE AND ANNUITY COMPANY,<br><br>Defendants. | Case No. 8:16-bk-14227-ES<br><br>Chapter 7<br><br>Adversary No. 8:18-ap-01042-ES<br><br>NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR: (1) TEMPORARY RESTRAINING ORDER AND;<br><br>(2) ISSUANCE OF ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE;<br><br>DATE:    July 31, 2018<br>TIME:    9:30 a.m.<br>CTRM:    5A |

1181072.1                                    1                            NOTICE OF HEARING

Notice

1 **TO ALL PARTIES IN INTEREST:**

2 **NOTICE IS HEREBY GIVEN** that on July 31, 2018, at 9:30 a.m. in Courtroom 5A, a

3 hearing will be held on the Chapter 7 Trustee's Emergency Motion For:(1) Temporary

4 Restraining Order and (2) Issuance Of Order To Show Cause Why A Preliminary

5 Injunction Should Not Issue.

6 Pursuant to Local Bankruptcy Rule 9075-1(8), any response to the motion may be

7 presented at the time of the hearing on the motion.

8 Dated: July 30, 2018                    WEILAND GOLDEN GOODRICH LLP

By: _____
Jeffrey I. Golden
Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

Notice

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR: (1) TEMPORARY RESTRAINING ORDER AND; (2) ISSUANCE OF ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **July 30, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 30, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 30, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 30, 2018 | Kelly Adele | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**

**VIA EMAIL**
J. Scott Williams
The Williams Firm PLC
15615 Alton Pkwy, Ste 175
Irvine, CA 92618
Email: jwilliams@williamsbkfirm.com
**Attorneys for Mark Ziebold, as trustee
Of the Private Retirement Trust**

Chris Blank, Esq.
Law Offices of Chris Blank
4675 MacArthur Court, #550
Newport Beach, CA  92660
Email: clblank@pacbell.net
**Attorneys for Kevin Liebeck
as Executor of the Estate of
Denny Roy Steelman and Kevin Liebeck,
as Successor Trustee of the Survivors
Trust, as under the 2010 Steelman
Inter Vivos Trust, Shaunah Lynn Steelman
Jodi Denise Steelman**

Daniel Anderson, Esq.
Ice Miller LLP
250 West Street, Ste 700
Columbus, OH  43215
Email: Daniel.anderson@icemiller.com
**Attorneys for Nationwide Life Insurance Company,
Nationwide Life and Annuity Company**

**Electronic Mail Notice List**
Daniel M Anderson    daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com
Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
J Scott Williams    jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com