| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Michael R. Adele, 138339<br>techlitcenter@yahoo.com<br>Faye Rasch, State Bar No. 253838<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone     714-966-1000<br>Facsimile      714-966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Weneta M.A. Kosmala, Chapter 7 Trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>DENNY ROY STEELMAN,<br><br>                                                                Debtor(s). | CASE NO.:  8:16-bk-14227-ES<br>CHAPTER: 7<br>ADVERSARY NO.: 8:18-ap-01042-ES |
|---|---|
| WENETA M.A. KOSMALA, solely in her capacity as Chapter 7 Trustee of the Estate of Denny Roy Steelman,<br><br>                                                                Plaintiff(s),<br>vs.<br><br>KEVIN LIEBECK, as executor of the Estate of DENNY ROY STEELMAN, KEVIN LIEBECK as successor Trustee of the Survivors Trust, as under the 2010 Steelman Inter-Vivos Trust, MARK ZIEBOLD as trustee of the PRIVATE RETIREMENT TRUST, SHAUNAH LYNN STEELMAN; an individual, and JODI DENISE STEELMAN, an individual, NATIONWIDE LIFE INSURANCE COMPANY, NATIONWIDE LIFE AND ANNUITY COMPANY,<br><br>                                                                Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): EMERGENCY MOTION FOR: (1) TEMPORARY RESTRAINING ORDER AND (2) ISSUANCE OF ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE |

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                         Page 1                                                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER RE CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR (1) TEMPORARY RESTRANING ORDER AND (2) ISSUANCE OF ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE</u>

was lodged on (*date*) <u>08/07/18</u> and is attached. This order relates to the motion which is docket number <u>15</u>.


****The form of the attached order has been agreed upon by all counsel*****

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Michael R. Adele, 138339
techlitcenter@yahoo.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Attorneys for Chapter 7 Trustee
Weneta M.A. Kosmala

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DENNY ROY STEELMAN,<br><br>Debtor. | Case No. 8:16-bk-14227-ES<br><br>Chapter 7<br><br>Adversary No. 8:18-ap-01042-ES |
| WENETA M.A. KOSMALA, solely in her capacity as Chapter 7 Trustee of the Estate of Denny Roy Steelman,<br><br>Plaintiff,<br><br>KEVIN LIEBECK, as executor of the Estate of DENNY ROY STEELMAN, KEVIN LIEBECK as successor Trustee of the Survivors Trust, as under the 2010 Steelman Inter-Vivos Trust, MARK ZIEBOLD as trustee of the PRIVATE RETIREMENT TRUST, SHAUNAH LYNN STEELMAN; an individual, and JODI DENISE STEELMAN, an individual, NATIONWIDE LIFE INSURANCE COMPANY, NATIONWIDE LIFE AND ANNUITY COMPANY,<br><br>Defendants. | **ORDER ON STIPULATION RE: CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR:**<br>**(1) TEMPORARY RESTRAINING ORDER AND;**<br>**(2) ISSUANCE OF ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE.**<br><br>**DATE: July 31, 2018**<br>**TIME: 9:30 a.m.**<br>**CTRM: 5A** |

0.0                                                          1                         ORDER EMERGENCY MOTION

A hearing was held on July 31, 2018, at 9:30 a.m., before the Honorable Erithe Smith, United States Bankruptcy Judge for the Central District of California, in Courtroom 5A located at 411West Fourth St., Santa Ana, CA, on Chapter 7 Trustee's *motion on an emergency basis for: (1) temporary restraining order; and (2) issuance of order to show cause why a preliminary injunction should not issue* ("Motion"). Appearances were made as noted on the record.

Defendant MARK ZIEBOLD as trustee of the PRIVATE RETIREMENT TRUST having offered to stipulate to refrain from making any distributions from the PRIVATE RETIREMENT TRUST prior to September 6, 2018, the date now set for the continued hearing on the Chapter 7 Trustee's motion,

IT IS ORDERED:

Defendant MARK ZIEBOLD as trustee of the PRIVATE RETIREMENT TRUST, having represented, through counsel, that he has sole custody and control of the PRIVATE RETIREMENT TRUST, shall be restrained, from selling, encumbering, pledging, hypothecating, transferring, assigning, conveying, leasing, disposing of, abandoning or otherwise alienating funds currently held by the Private Retirement Trust until September 6, 2018.

A continued hearing in this action is scheduled for September 6, 2018, at 10:00 a.m., in United States Bankruptcy Judge for the Central District of California, in Courtroom 5A located at 411West Fourth St., Santa Ana, CA, to determine whether a preliminary injunction should issue. Further briefing on the motion to be filed in accordance with Local Rule 9013.

1 | This Temporary Restraining Order shall expire and be of no further force or effect as of
2 | 12:01 AM, PDT, September 7, 2018.
3 | Plaintiff shall give notice of this Order.
4 |
5 | ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Ste 600, Costa Mesa, CA  92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  August 7, 2018   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) August 7, 2018   I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 7, 2018    I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2018 | Kelly M. Adele | *Kelly Adele* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**Electronic Mail Notice List**

Daniel M Anderson     daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com
Reem J Bello     rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
Christopher L Blank     chris@chrisblanklaw.com
John C Cannizzaro     john.cannizzaro@icemiller.com, deborah.martin@icemiller.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Weneta M Kosmala (TR)     ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
J Paul Moorhead     moorhead@luch.com, gina@luch.com;kimberley@luch.com
Faye C Rasch     frasch@wgllp.com, kadele@wgllp.com;tziemann@wgllp.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
J Scott Williams     jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                        Page 4                                       **F 9021-1.2.ADV.NOTICE.LODGMENT**