**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgfllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee,
Weneta M.A. Kosmala

**FILED & ENTERED**

**OCT 03 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DENNY ROY STEELMAN,<br><br>    Debtor. | Case No. 8:16-bk-14227-ES<br><br>Chapter 7 |
| WENETA M.A. KOSMALA, solely in her capacity as Chapter 7 Trustee of the Estate of Denny Roy Steelman,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN LIEBECK, as executor of the Estate of DENNY ROY STEELMAN, KEVIN LIEBECK as successor Trustee of the Survivors Trust, as under the 2010 Steelman Inter-Vivos Trust; MARK ZIEBOLD as trustee of the Private Retirement Trust, SHAUNAH LYNN STEELMAN; an individual, JODI DENISE STEELMAN, an individual, NATIONWIDE LIFE INSURANCE COMPANY and NATIONWIDE LIFE AND ANNUITY COMPANY,<br><br>    Defendants. | Adv. No. 8:18-ap-01042-ES<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND DISCOVERY CUTOFF**<br><br>**Current Discovery Cutoff: 10/04/2018**<br><br>**Extended Discovery Cutoff: 10/19/2018** |

1187704v1

ORDER

The Court having considered the *Second Stipulation to Extend Discovery Cutoff* ("Stipulation") filed on October 3, 2018, as Docket No. 39, entered into by and between plaintiff Weneta M.A. Kosmala ("Plaintiff"), in her capacity as the duly appointed and acting Chapter 7 trustee of the bankruptcy estate of debtor Denny Roy Steelman ("Debtor"), and defendants Kevin Liebeck, as executor of The Estate Of Denny Roy Steelman, Kevin Liebeck, as successor Trustee of The Survivors Trust, as under the 2010 Steelman Inter-Vivos Trust; Mark Ziebold as Trustee of The Private Retirement Trust, Shaunah Lynn Steelman; an individual, Jodi Denise Steelman, an individual, Nationwide Life Insurance Company and Nationwide Life and Annuity Company, (collectively "Defendants," and collectively with Plaintiff, "Parties"), and for good cause shown,

**IT IS ORDERED:**

A.    The Stipulation is approved, and

B.    The Discovery Cutoff is extended from October 4, 2018 through and including October 19, 2018.

###

Date: October 3, 2018

Erithe Smith
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1187704v1                           2                           ORDER