DANIEL M. ANDERSON (CA Bar No. 167652)
JOHN C. CANNIZZARO (CA Bar No. 305047)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-5013
Facsimile: (614) 224-3126
Attorneys for NATIONWIDE LIFE INSURANCE
COMPANY, NATIONWIDE LIFE AND
ANNUITY COMPANY

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DENNY ROY STEELMAN,<br><br>Debtor.<br><br>WENETA M.A. KOSMALA, Chapter 7 Trustee of the Estate of Denny Roy Steelman,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LIEBECK, as executor of the Estate of Denny Roy Steelman, et al.,<br><br>Defendants. | Case No. 8:16-bk-14227-ES<br><br>Chapter 7<br><br>Adv. Proc. No. 8:18-ap-01042-ES<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS NATIONWIDE LIFE INSURANCE COMPANY AND NATIONWIDE LIFE AND ANNUITY COMPANY** |

Plaintiff Weneta Kosmala, Chapter 7 Trustee of the bankruptcy estate of Denny Roy Steelman; Defendants Nationwide Life Insurance Company and Nationwide Life and Annuity Company (the "Nationwide Defendants"); and Defendants Mark Ziebold, Kevin Liebeck, Shaunah Steelman, and Jodi Steelman hereby state as follows:

    1.    All parties who have appeared may stipulate to the dismissal of a party without a court order. Fed. R. Civ. Proc. 41(a)(1)(A)(ii); Fed. R. Bankr.

CO\5932800.2                                            1

Proc. 7041; *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (parties may stipulate to dismissal of a single defendants under Rule 41(a)(1)).

2. Pursuant to Rule 41(a), the undersigned parties hereby stipulate to the dismissal of the Nationwide Defendants from this adversary proceeding.

3. Such dismissal is with prejudice to the Plaintiff's future assertion of any claims against the Nationwide Defendants, or any affiliates thereof, arising under Chapter 5 of Title 11 of the United States Code, including, without limitation, sections 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, and 551, and including, without limitation, the refiling of any claims related to the claims asserted in this action against the Nationwide Defendants.

DATED: October 16, 2018

/s/
J. SCOTT WILLIAMS
ATTORNEY AT LAW
jwilliams@williamsbkfirm.com
15615 Alton Pkwy, Suite 175
Irvine, CA 92618
Tel: 949-660-8680
Fax: 866-284-8670
*Attorney for Defendant Mark Ziebold*

/s/
Christopher L. Blank
4675 Macarthur Crt Ste 550
Newport Beach, CA 92660
Tel: 949-250-4600
Fax: 949-250-4604
chris@chrisblanklaw.com
*Attorney for Defendants Kevin Liebeck,
Shaunah Steelman, and Jodi Steelman*

/s/
WEILAND GOLDEN GOODRICH LLP
Jeffrey I. Golden
jgolden@wgllp.com
Reem J. Bello
rbello@wgllp.com
Faye C. Rasch
frasch@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000
Fax: 714-966-1002
*Attorneys for Plaintiff Weneta Kosmala*

/s/
ICE MILLER LLP
Daniel M. Anderson
daniel.anderson@icemiller.com
John C. Cannizzaro
john.cannizzaro@icemiller.com
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-5013
Facsimile: (614) 224-3126
*Attorneys for the Nationwide Defendants*

CO\5932800.2    2

Proc. 7041; *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (parties may stipulate to dismissal of a single defendants under Rule 41(a)(1)).

2. Pursuant to Rule 41(a), the undersigned parties hereby stipulate to the dismissal of the Nationwide Defendants from this adversary proceeding.

3. Such dismissal is with prejudice to the Plaintiff's future assertion of any claims against the Nationwide Defendants, or any affiliates thereof, arising under Chapter 5 of Title 11 of the United States Code, including, without limitation, sections 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, and 551, and including, without limitation, the refiling of any claims related to the claims asserted in this action against the Nationwide Defendants.

DATED: September 20, 2018

/s/
THE WILLIAMS FIRM
J. Scott Williams
jwilliams@williamsbkfirm.com
15615 Alton Pkwy, Suite 175
Irvine, CA 92618
Tel: 949-660-8680
Fax: 866-284-8670
*Attorney for Defendant Mark Ziebold*

/s/
Christopher L. Blank
4675 Macarthur Crt Ste 550
Newport Beach, CA 92660
Tel: 949-250-4600
Fax: 949-250-4604
chris@chrisblanklaw.com
*Attorney for Defendants Kevin Liebeck, Shaunah Steelman, and Jodi Steelman*

/s/ Faye C. Rasch
WEILAND GOLDEN GOODRICH LLP
Jeffrey I. Golden
jgolden@wgllp.com
Reem J. Bello
rbello@wgllp.com
Faye C. Rasch
frasch@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000
Fax: 714-966-1002
*Attorneys for Plaintiff Weneta Kosmala*

/s/
ICE MILLER LLP
Daniel M. Anderson
daniel.anderson@icemiller.com
John C. Cannizzaro
john.cannizzaro@icemiller.com
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-5013
Facsimile: (614) 224-3126
*Attorneys for the Nationwide Defendants*

CO\5932800.2

2

Proc. 7041; *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (parties may stipulate to dismissal of a single defendants under Rule 41(a)(1)).

2. Pursuant to Rule 41(a), the undersigned parties hereby stipulate to the dismissal of the Nationwide Defendants from this adversary proceeding.

3. Such dismissal is with prejudice to the Plaintiff's future assertion of any claims against the Nationwide Defendants, or any affiliates thereof, arising under Chapter 5 of Title 11 of the United States Code, including, without limitation, sections 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, and 551, and including, without limitation, the refiling of any claims related to the claims asserted in this action against the Nationwide Defendants.

DATED: October 12, 2018

/s/
THE WILLIAMS FIRM
J. Scott Williams
jwilliams@williamsbkfirm.com
15615 Alton Pkwy, Suite 175
Irvine, CA 92618
Tel: 949-660-8680
Fax: 866-284-8670
*Attorney for Defendant Mark Ziebold*

/s/
Christopher L. Blank
4675 Macarthur Crt Ste 550
Newport Beach, CA 92660
Tel: 949-250-4600
Fax: 949-250-4604
chris@chrisblanklaw.com
*Attorney for Defendants Kevin Liebeck, Shaunah Steelman, and Jodi Steelman*

/s/
WEILAND GOLDEN GOODRICH LLP
Jeffrey I. Golden
jgolden@wgllp.com
Reem J. Bello
rbello@wgllp.com
Faye C. Rasch
frasch@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel: 714-966-1000
Fax: 714-966-1002
*Attorneys for Plaintiff Weneta Kosmala*

/s/
ICE MILLER LLP
Daniel M. Anderson
daniel.anderson@icemiller.com
John C. Cannizzaro
john.cannizzaro@icemiller.com
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-5013
Facsimile: (614) 224-3126
*Attorneys for the Nationwide Defendants*

CO\5932800.2

2

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all the following counsel of record by email on September 18, 2018:

| | |
|---|---|
| THE WILLIAMS FIRM<br>J. Scott Williams<br>jwilliams@williamsbkfirm.com<br>15615 Alton Pkwy, Suite 175<br>Irvine, CA 92618<br>Tel: 949-660-8680<br>Fax: 866-284-8670<br>*Attorney for Defendant Mark Ziebold*<br><br>Christopher L. Blank<br>4675 Macarthur Crt Ste 550<br>Newport Beach, CA 92660<br>Tel: 949-250-4600<br>Fax: 949-250-4604<br>chris@chrisblanklaw.com<br>*Attorney for Defendants Kevin Liebeck,*<br>*Shaunah Steelman, and Jodi Steelman* | WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden<br>jgolden@wgllp.com<br>Reem J. Bello<br>rbello@wgllp.com<br>Faye C. Rasch<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Tel: 714-966-1000<br>Fax: 714-966-1002<br>*Attorneys for Plaintiff Weneta Kosmala* |

By: */s/ John C. Cannizzaro*
    John C. Cannizzaro

CO\5932800.2                                                       3