DANIEL M. ANDERSON (CA Bar No. 167652)
JOHN C. CANNIZZARO (CA Bar No. 305047)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH  43215
Telephone:  (614) 462-5013
Facsimile:  (614) 224-3126

Attorneys for NATIONWIDE LIFE INSURANCE COMPANY, NATIONWIDE LIFE AND ANNUITY COMPANY

**FILED & ENTERED**

MAY 22 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DENNY ROY STEELMAN,<br><br>      Debtor.<br><br>WENETA M.A. KOSMALA, Chapter 7 Trustee of the Estate of Denny Roy Steelman,<br><br>      Plaintiff,<br><br>vs.<br><br>KEVIN LIEBECK, as executor of the Estate of DENNY ROY STEELMAN; KEVIN LIEBECK as successor Trustee of the Survivors Trust, as under the 2010 Steelman Inter-Vivos Trust; MARK ZIEBOLD as trustee of the Private Retirement Trust; SHAUNAH LYNN STEELMAN, an individual; JODI DENISE STEELMAN, an individual; NATIONWIDE LIFE INSURANCE COMPANY; and NATIONWIDE LIFE AND ANNUITY COMPANY,<br><br>      Defendants. | Case No. 8:16-bk-14227-ES<br><br>Chapter 7<br><br>Adv. Proc. No. 8:18-ap-01042-ES<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS NATIONWIDE LIFE INSURANCE COMPANY AND NATIONWIDE LIFE AND ANNUITY COMPANY** |

1

Having reviewed the Stipulation of Voluntary Dismissal of Defendants Nationwide Life Insurance Company and Nationwide Life and Annuity Company filed November 20, 2018 (Doc. 48) entered into by and between Plaintiff Weneta Kosmala, Chapter 7 Trustee of the bankruptcy estate of Denny Roy Steelman; Defendants Nationwide Life Insurance Company and Nationwide Life and Annuity Company (the "Nationwide Defendants"); and Defendants Mark Ziebold, Kevin Liebeck, Shaunah Steelman, and Jodi Steelman, for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The stipulation is approved.
2. The Nationwide Defendants are hereby dismissed from this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, as made applicable to this case by Rule 7041 of the Federal Rules of Bankruptcy Procedure.
3. This order does not dismiss all defendants.

###

Date: May 22, 2019

Erithe Smith
United States Bankruptcy Judge